UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Paullie B.,

Plaintiff,

v.

Frank Bisignano,
*Commissioner of Social Security*,

Defendant.

Case No. 25-CV-3418 (KMM/DTS)

ORDER

---

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge David T. Schultz, dated August 12, 2026. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Dkt. 14) is **ACCEPTED**.
2. Plaintiff's request to remand the Commissioner's decision (Dkt. 11) is **GRANTED**.
3. Defendant's request to affirm the Commissioner's decision (Dkt. 13) is **DENIED**.

4. The case is **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), consistent with the Report and Recommendation.

**Let Judgment Be Entered Accordingly.**

Date: **September 15, 2026**

*s/ Katherine M. Menendez*
Katherine M. Menendez
United States District Judge